THE SAFETY CO-OPERATIVE BUILDING LOAN AND SAVINGS ASSOCIATION OF NEW YORK CITY, Respondent, *v.* ROBERT McC. ROBINSON, Appellant, Impleaded with Another.

*Safety Co-op. B. L. & S. Assn.* v. *Robinson*, 47 App. Div. 534, affirmed.
(Submitted January 28, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 26, 1900, affirming a judgment of the Queens County Court in favor of plaintiff entered upon a decision of the court on trial without a jury.

*James C. Murray* for appellant.

*Halstead H. Frost, Jr.,* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CHARLES A. BLOOMINGDALE, Respondent, *v.* FAY D. HEWITT et al., Composing the Firm of J. S. HEWITT & SONS, Appellants.

*Bloomingdale* v. *Hewitt*, 40 App. Div. 208, affirmed.
(Submitted January 28, 1902; decided February 11, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1899, reversing a judgment in favor of defendants entered upon the report of a referee and granting a new trial.

*Hull Greenfield* for appellants.

*Frank Gardner* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.